THE PEOPLE OF THE STATE OF NEW YORK ex rel. G. ALBERT THOMPSON, Appellant, *v.* CHAUNCEY T. SECOR et al., Constituting the Board of Supervisors of Westchester County, Respondents.

*People ex rel. Thompson* v. *Secor*, 119 App. Div. 896, affirmed. (Argued May 24, 1907; decided June 11, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered May 3, 1907, which affirmed an order of Special Term denying a motion for a peremptory writ of mandamus to compel the board of supervisors of Westchester county to reinstate the

relator in the position of librarian of the Westchester County Law Library.

*Henry C. Henderson* for appellant.

*John M. Digney* for respondents.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT, VANN, HISCOCK and CHASE, JJ.